THOMAS E. MOSS
UNITED STATES ATTORNEY
KEVIN T. MALONEY
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO  83712
TELEPHONE:  (208) 334-1211
FAX: (208) 334-1413

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>ANNETTE FLETCHER,<br><br>       Defendant. | Case No. CR-06-004-S-BLW<br><br>ORDER OF DISMISSAL |

The United States has moved for leave to dismiss the specific counts of the Indictment that charge defendant ANNETTE FLETCHER in the above-captioned case.  (Docket No. 10).

Good cause appearing therefore,  IT IS HEREBY ORDERED that the counts of the Indictment filed in the above-entitled case against defendant ANNETTE FLETCHER, specifically, Counts 1, 2, 10 and 11, ARE HEREBY DISMISSED, without prejudice.

DATED:  **May 17, 2006**

B. LYNN WINMILL
Chief Judge
United States District Court